

FASULO GIORDANO & DI MAGGIO, LLP

## ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

# MEMO ENDORSED

March 16, 2026

Hon. Sidney H. Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**The conference is adjourned to April 28, 2026, at 2:30 p.m. With the consent of all parties, the time is excluded from calculation under the Speedy Trial Act from today until April 28, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

*Re:*  *United States v. Gonzalez, et. al.*
      *Case No.: 25-cr-00576-SHS*

**Dated: New York, New York
       March 16, 2026**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**

Dear Judge Stein,

I represent Jaffari Hopwah in the above stated matter. I have consulted with all defense counsels and the Government. Defense counsels are jointly requesting the court adjourn and reschedule the conference, originally scheduled for March 17, 2026, to the week of April 27, 2026, preferably April 28, 2026, or any date which is convenient to the Court.

Counsels believe that the additional time is necessary to review the ongoing disclosures by the Government. The new date will better position all parties to update the Court of future scheduling issues, to consult with our clients, and negotiate with the Government, if appropriate, on behalf of our clients.

We thank the Court for its consideration.

Respectfully submitted,

*Louis V. Fasulo*
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:    All Counsels (via ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165